# Invoice

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

**Bill To:**

Customer Name

Customer Address

City, State, Zip                     , ,

**For Project**

NYSD 17-cv-04277 Tina Nail, Weidong Li v.

| Employee | Date | Work Description | Billable | Rate | Fees |
|---|---|---|---|---|---|
| JOHN TROY9 | 02/18/17 | Initial Telephone Conference with Plaintiff(s) | 0.30 | 450 | 135.00 |
| Bella Ho3 | 04/06/17 | Set Up the Text Message, WeChat & Line | 0.50 | 150 | 75.00 |
| JOHN TROY9 | 04/06/17 | Confer Client RE Case Status | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 05/06/17 | Create Binder, Set Up/Key in Database | 1.30 | 450 | 585.00 |
| JOHN TROY9 | 05/06/17 | Meet with Client(s) - Intakes | 1.60 | 450 | 720.00 |
| Bella Ho3 | 05/06/17 | Draft Damages Calculation Chart | 1.40 | 150 | 210.00 |
| JOHN TROY9 | 05/13/17 | Check in Case Status | 0.15 | 450 | 67.50 |
| Aaron Schweitzer5 | 05/14/17 | Case Note+ Research website | 0.50 | 250 | 125.00 |
| JOHN TROY9 | 05/15/17 | Case Timeline: Statute of Limitations, Plaintiff(s), and Corporate Defendant(s) | 0.50 | 450 | 225.00 |
| Bella Ho3 | 05/15/17 | Case Location Entry: Site Visit Preparation, Miles from Office | 0.50 | 150 | 75.00 |
| JOHN TROY9 | 05/15/17 | Defendant Website Research | 2.25 | 450 | 1012.50 |
| Aaron Schweitzer5 | 05/21/17 | Revise Damages Calculation Chart(s) Li, Weidong | 0.20 | 250 | 50.00 |
| Aaron Schweitzer5 | 05/21/17 | Draft Case Timeline: Statute of Limitations, Plaintiff(s), and Corporate Defendant(s) | 0.50 | 250 | 125.00 |
| JOHN TROY9 | 05/22/17 | Research: Property in Defendants Name via Libor Acris PropertyShark | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 05/22/17 | Research: Search Corp & Biz Entity Database | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 05/22/17 | Research: Dft Website | 0.75 | 450 | 337.50 |
| JOHN TROY9 | 05/22/17 | Draft the Complaint | 4.50 | 450 | 2025.00 |
| JOHN TROY9 | 05/22/17 | Research: DMV/ Vehicle Plate Number | 0.40 | 450 | 180.00 |
| JOHN TROY9 | 05/22/17 | Research: Lexis Nexis /Legal /Others | 1.30 | 450 | 585.00 |
| JOHN TROY9 | 05/22/17 | Research: Property at Addresses Known via Libor Acris PropertyShark | 0.40 | 450 | 180.00 |
| JOHN TROY9 | 05/22/17 | Research: ABC Board on Liquor Licensese | 0.40 | 450 | 180.00 |
| JOHN TROY9 | 05/25/17 | Meet with clients to revise Complaint | 1.20 | 450 | 540.00 |
| JOHN TROY9 | 05/25/17 | Review the Complaint | 0.80 | 450 | 360.00 |
| Aaron Schweitzer5 | 06/05/17 | discuss offer, whether to file | 0.17 | 250 | 42.50 |
| JOHN TROY9 | 06/07/17 | File Consent to Become Party Plaintiff | 0.50 | 450 | 225.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

*We always appreciate your business!*

**TROY LAW, PLLC**

41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY9 | 06/07/17 | File Request for Issuance of Summons | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 06/07/17 | File Consent to Become Party Plaintiff | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 06/07/17 | File the Complaint, Summons & Civil Cover Sheet USDC | 3.50 | 450 | 1575.00 |
| JOHN TROY9 | 06/07/17 | Finalize the Complaint, Summons & Civil Cover Sheet USDC | 0.90 | 450 | 405.00 |
| Aaron Schweitzer5 | 06/08/17 | Revise and re-file civil cover sheet and proposed summons | 0.50 | 250 | 125.00 |
| Aaron Schweitzer5 | 06/10/17 | Prepare copies to Serve Summons & Complaint | 0.40 | 250 | 100.00 |
| JOHN TROY9 | 06/10/17 | Review Magistrate Judge Individual Practices | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 06/10/17 | Review District Judge Individual Practices | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 06/10/17 | Review the Court Notice with AO 85 Consent to a Magistrate Judge | 0.20 | 450 | 90.00 |
| Aaron Schweitzer5 | 06/10/17 | Key In Complaint Service Due Date and Expected Date of Return of Service | 0.33 | 250 | 82.50 |
| JOHN TROY9 | 06/16/17 | Intial Contact with OC | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 06/16/17 | Confer OC RE Service of complaints and the Court's order for IPTC for your clients | 0.33 | 450 | 148.50 |
| Aaron Schweitzer5 | 06/18/17 | Confer Process Server RE Service Status | 0.40 | 250 | 100.00 |
| George Byun5 | 06/20/17 | Contact service for summons and complaint | 0.32 | 250 | 80.00 |
| George Byun5 | 06/21/17 | Serve corporation defendant | 0.13 | 250 | 32.50 |
| Aaron Schweitzer5 | 07/03/17 | Review for Accuracy and Scan Proof of Service | 0.20 | 250 | 50.00 |
| George Byun5 | 07/03/17 | Review and file proof of service | 0.25 | 250 | 62.50 |
| Aaron Schweitzer5 | 07/03/17 | Scan, Review for Accuracy and ECF Proof of Service | 0.25 | 250 | 62.50 |
| JOHN TROY9 | 07/05/17 | Confer OC RE Service of complaints and the Court's order for IPTC for your clients | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/05/17 | Confer OC RE Service of complaints and the Court's order for IPTC for your clients | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/19/17 | Req that OC file NoA prior to further communication | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/19/17 | draft and ECF letter to court report status of case, and request ajournment to IPTC | 1.00 | 450 | 450.00 |
| JOHN TROY9 | 07/20/17 | review court order IPTC adjourned | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 07/21/17 | Review Rule 7.1 Statement | 0.10 | 450 | 45.00 |
| JOHN TROY9 | 07/21/17 | Review Answer to the complaint, | 2.10 | 450 | 945.00 |
| JOHN TROY9 | 08/21/17 | Confer OC re OC request adjourn IPTC | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 08/22/17 | Download, Access, Print to Review Def request adjourn IPTC and Granting | 0.30 | 450 | 135.00 |
| George Byun5 | 10/05/17 | Preparing for Court appearance | 0.20 | 250 | 50.00 |
| George Byun5 | 10/06/17 | Review and Calendar Civil Case Mgmt Plan | 1.00 | 250 | 250.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

*We always appreciate your business!*

TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| George Byun5 | 10/06/17 | Download, access, review AO85 | 0.17 | 250 | 42.50 |
| George Byun5 | 10/06/17 | Attending IPTC (Discussing OC about the Scheduling Order) | 0.42 | 250 | 105.00 |
| George Byun5 | 10/11/17 | Review 19o and Calendar Status Conf 20171201 | 0.25 | 250 | 62.50 |
| George Byun5 | 12/02/17 | Attending Status Conference | 0.33 | 250 | 82.50 |
| Aaron Schweitzer5 | 12/04/17 | Review, Download, Data Entry and Calendar | 0.50 | 250 | 125.00 |
| JOHN TROY9 | 12/17/17 | answer Def's document requests + Def's interrogatories with client | 1.75 | 450 | 787.50 |
| JOHN TROY9 | 12/17/17 | Review Def's initial disclosure with client | 1.33 | 450 | 598.50 |
| Aaron Schweitzer5 | 12/17/17 | Redact Plf Discovery Production | 1.90 | 250 | 475.00 |
| JOHN TROY9 | 01/08/18 | Remind OC Def respond to Plf's docs & rogs | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 01/30/18 | Draft and Send to OC No Objection Letter | 0.70 | 450 | 315.00 |
| JOHN TROY9 | 03/15/18 | Review Mediation Referral Order FLSA sdny | 0.33 | 450 | 148.50 |
| JOHN TROY9 | 03/20/18 | Confer OC RE potential settle | 0.33 | 450 | 148.50 |
| JOHN TROY9 | 04/05/18 | Notice of Mediator Assignment | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 04/06/18 | Revise Damages Calculation Chart(s) with Dorm + Defs' Docs | 1.00 | 450 | 450.00 |
| JOHN TROY9 | 04/09/18 | Confer Client RE Settlement Terms | 0.75 | 450 | 337.50 |
| JOHN TROY9 | 04/12/18 | Confer OC RE Settlement Terms | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 04/23/18 | Confer OC RE Settlement Terms | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 04/26/18 | Confer OC RE Settlement Terms | 0.30 | 450 | 135.00 |
| JOHN TROY9 | 04/29/18 | Confer with OC RE settlement | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 04/29/18 | Confer OC RE Propound all Fairness materials for OC review | 0.30 | 450 | 135.00 |
| JOHN TROY9 | 05/02/18 | Email Inform Mediation Office settlement | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 05/07/18 | Letter to Judge reporting settlement in principle | 0.75 | 450 | 337.50 |
| JOHN TROY9 | 05/12/18 | Draft Confession of Judgment for Defs | 2.00 | 450 | 900.00 |
| JOHN TROY9 | 05/12/18 | Calculate plaintiff's Damages in proportion to Settled Amount | 1.20 | 450 | 540.00 |
| JOHN TROY9 | 05/13/18 | Confer Clients RE Settle Terms | 0.85 | 450 | 382.50 |
| JOHN TROY9 | 05/13/18 | Draft and Send to OC Settlement Agreement | 5.00 | 450 | 2250.00 |
| JOHN TROY9 | 06/05/18 | Confer with Client RE Settlement Agreement; sign Liu, Zhen | 1.25 | 450 | 562.50 |
| Aaron Schweitzer5 | 06/06/18 | Review order Adjourning Conf sine die with settlement | 0.33 | 250 | 82.50 |
| JOHN TROY9 | 06/11/18 | Email from Parker's Chambers re fairness submission | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 06/12/18 | Seek Consent from Def, Draft and File Request for Leave to file Joint Fairness Pending Def Recovery | 0.75 | 450 | 337.50 |
| JOHN TROY9 | 06/20/18 | Check in OC RE Settle Signing Status | 0.25 | 450 | 112.50 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

*We always appreciate your business!*

# Invoice

**TROY LAW, PLLC**

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY9 | 06/20/18 | Check in OC RE Joint Fairness Signing Status | 0.25 | 450 | 112.50 |
| JOHN TROY9 | 06/22/18 | Review and File Joint Fairness Letter Motion w/ SA, Aff of Conf. of Judgment & Stip of Dismissal | 0.65 | 450 | 292.50 |
| | | | Total Billables | | **$25,541.50** |

| Expense Description | Expense Date | Expense Amount | |
|---|---|---|---|
| 001 Binder with Protect Sheet; Colored Binder Label | 04/08/17 | $4.50 | |
| 010 usdc Filing Fee Index Number | 06/07/17 | $400.00 | |
| 021 Serve nys DOS via Alexander Poole Service DAVID NAILS SPA INC. d/b/a David Nail Spa | 06/21/17 | $63.00 | |
| 021 Serve nys DOS via Alexander Poole Service TINA NAIL SPA SALON INC. d/b/a Tina Nail Spa Salon | 06/21/17 | $63.00 | |
| | Total Expenses | **$530.50** | |

| | |
|---|---|
| Total Billables | $25,541.50 |
| Total Expenses | $530.50 |
| Total Payments | $0.00 |
| Outstanding | $26,072.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**